**STATE of Missouri, Respondent,**

v.

**Garland E. BURTON, Appellant.**

**No. WD 53194.**

Missouri Court of Appeals,
Western District.

March 17, 1998.

Andrew A. Schroeder, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Daniel W. Follett, Asst. Atty. Gen., Jefferson City, for respondent.

Before EDWIN H. SMITH, P.J., and SMART and ELLIS, JJ.

### *ORDER*

PER CURIAM.

Garland Burton appeals from his conviction by jury of sexual abuse in the first degree, § 566.100, RSMo Cum.Supp.1993, and two counts of abuse of a child, § 568.060, RSMo Cum.Supp.1993. He was sentenced to concurrent terms of seven years imprisonment on the two counts of child abuse and a

concurrent term of five years imprisonment on the count of sexual abuse.

The judgment is affirmed. Rule 30.25(b).